IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JAMES GIVENS                                                                        PETITIONER

VS.                                    Civil No. 05-CV-1054

LARRY NORRIS, Director,
Arkansas Department of Correction                                                   RESPONDENT

**ORDER**

Now on this 9th day of February, 2006, comes on for consideration the proposed findings and recommendations filed herein on January 25, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that an evidentiary hearing is not necessary in this case. The petitioner's petition is barred by the limitations period under *28 U.S.C. § 2244*, and te claims now presented are procedurally barred. The petition should be and hereby is dismissed with prejudice.

IT IS SO ORDERED.

                                                 */s/ Harry F. Barnes*
                                                 **HARRY F. BARNES**
                                                 **U.S. DISTRICT JUDGE**